Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

_____ Division

DORIS O INEZOR

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Lincoln Regional Center (LRC)

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:26CV3093

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2026 MAR 18 PM 1:31

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DORIS O INEZOR |
| Street Address | 3225 Folkways Blvd Apt 1A |
| City and County | LINCOLN NE |
| State and Zip Code | 68504 |
| Telephone Number | (803) 908 7745 |
| E-mail Address | inezord@yahoo.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                    Crystal Sams

Job or Title *(if known)*                HR

Street Address                          801 W Prospector

City and County                         Lincoln NE 68522, Lancaster County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                    Craven Carvalho

Job or Title *(if known)*                Team Lead

Street Address                          801 W Prospector

City and County                         68522 Lincoln NE, Lancaster County

State and Zip Code                       68522

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lincoln Regional Center (LRC) |
| Street Address | 801 W Prospector |
| City and County | Lincoln, NE |
| State and Zip Code | 68522 Lancaster County |
| Telephone Number | (402) 471 - 4444 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C.    I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [x] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*  2 12 2026

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/18/2026

Signature of Plaintiff

Printed Name of Plaintiff    DORIS O UWEZOR

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA


[Doris Iwezor ], Plaintiff
v.
Lincoln Regional Center (LRC), Defendant


COMPLAINT

1. Jurisdiction

This action arises under federal employment law, following receipt of a EEOC Right-to-Sue Letter. This Court has jurisdiction over claims of unlawful employment practices, retaliation, and wrongful termination.


2. Parties

Plaintiff: [Doris Iwezor ]
Defendant: Lincoln Regional Center (LRC), State of Nebraska

Relevant individuals include:
• Craven Carvalho (Team Lead)
• Crystal Sams (Human Resources)


3. Statement of Facts

A. Workplace Assault and Unsafe Medical Response
On or about September 18, 2024, while working at LRC (Building 3), Plaintiff was physically assaulted by a client, receiving a punch to the left eye.
• The injury caused severe pain and visual impairment.
• Plaintiff was instructed to drive himself to the hospital without supervision or employer-provided transportation.
• During the drive, Plaintiff experienced intensified pain and physical distress, including striking his abdomen against the steering wheel.
• Since then, Plaintiff has developed a growing abdominal condition and has received no medical follow-up from the employer.


◦ B. Unsafe Working Conditions
Plaintiff was regularly required to work shifts without proper breaks.
• Plaintiff reported this to HR (Crystal Sams) and to Team Lead Craven Carvalho.
• No corrective action was taken.


C. False Accusation and Denial of Due Process

Plaintiff intervened to prevent a client from self-harm.
• Plaintiff was falsely accused of misconduct (pulling the client's hair).
• Plaintiff requested to review camera footage as evidence but was denied access.
• Despite lack of investigation, Plaintiff was suspended and then terminated.

D. Lack of Progressive Discipline
Plaintiff's termination occurred without any verbal warning, written warning, or retraining, violating standard workplace procedures.

E. Retaliation
Plaintiff had previously reported:
• Unsafe working conditions
• Lack of breaks
• Workplace concerns

Plaintiff believes termination was in retaliation for reporting these issues.

4. Claims

Plaintiff asserts the following claims:
1. Retaliation
2. Wrongful termination
3. Negligence in handling workplace injury
4. Failure to provide a safe working environment
5. Denial of due process in disciplinary actions

5. Damages

Plaintiff has suffered:

Physical:
• Eye injury with ongoing concern
• Abdominal condition caused during workplace incident

Emotional / Psychological:
• Anxiety, stress, loss of confidence
• Sleep disturbances and fear of unsafe work environments

Financial:
• Loss of employment
• Lost wages and career disruption

6. Relief Requested

Plaintiff respectfully requests:
• Compensation for lost wages
• Compensation for physical and emotional harm
• Medical evaluation and related damages
• Any additional relief the Court deems appropriate


7. Jury Demand

Plaintiff requests a trial by jury.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
St. Louis District Office

Robert A. Young Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
St. Louis Direct Dial: (314) 798-1960
FAX (314) 539-7894
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: February 12, 2026

**To:**   Doris O. Iwezor
3225 Folkways Blvd Apt 1A
Lincoln, NE 68504

**Re:**   Doris O. Iwezor v. NE/Health and Human Services, Department of
EEOC Charge Number:  32E-2025-00416

EEOC Representative and email:      Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis 02/12/2026
David Davis
District Director

cc:      Michael A Greenlee
Dept. of Health & Human Services
PO Box 95026
Lincoln, NE 68509

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.